Filing # 33798889 E-Filed 10/28/2015 04:06:08 PM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO: 2015-CA-000965

KAREN L. SHOFTER,

    Plaintiff,

vs.

TARGET CORPORATION,
A Florida Corporation

    Defendant,
_____/

## AMENDED COMPLAINT

COMES NOW, the Plaintiff, KAREN L. SHOFTER, by and through her undersigned counsel, and hereby sues the Defendant, TARGET CORPORATION, and alleges:

1. This is an action for damages which exceed the amount of FIFTEEN THOUSAND DOLLAS ($15,000.00).
2. On May 11, 2014, Defendant was the owner and in possession of a TARGET STORE located at 4155 W. Lake Mary Blvd, Lake Mary, FL 32746.
3. At all times material hereto Plaintiff was a resident of Seminole County, Florida.
4. At that time and place Plaintiff went on the property to shop for goods.
5. Defendant negligently maintained the floor on the property so that plaintiff fell on the property.[1]
6. At that time the Defendant had a negligent mode of operation, because it did not check the floor condition to determine the hazard to Plaintiff.
7. The negligent condition was known to defendant or had existed for a sufficient length of time so that defendant should have known of it.

8. As a result plaintiff was injured in and about her body and extremities, suffered pain therefore, incurred medical expense in the treatment of the injuries, and suffered physical handicap, and her working ability was impaired; the injuries are either permanent or continuing in nature and plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, KAREN SHOFTER, demands judgment for compensatory damages against Defendant, TARGET CORPORATION, along with such other relief as this Court may deem just. Further, Plaintiff, KAREN SHOFTER, demands trial by jury.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28 day of October, 2015, a true and correct copy of the foregoing was e-filed with the Florida E-filing portal and was served on: James A. Coleman, Esq. by electronic mail to jcoleman@rclawpa.com and rcunningham@rclawpa.com at 612 E. Colonial Drive, Suite 250, Orlando, FL 32803.

/s/Carlos R. Diez-Arguelles
Carlos R. Diez-Arguelles, Esquire
Diez-Arguelles & Tejedor, P.A.
505 N. Mills Ave.
Orlando, FL 32803
(407)705-2880
Florida Bar No. 0500569
Counsel for the Plaintiff
mail@theorlandolawyers.com
Margie@theorlandolawyers.com
jessicas@theorlandolawyers.com